ELIAS GLASS, as Administrator of the Estate of ROBERT F. GLASS, Deceased, Appellant, v. ARTHUR J. CRACOVANER et al., Defendants, and LENOX HILL HOSPITAL, Respondent.— Special circumstances have been shown justifying the examination of Dr. Paltauf as a witness. Although an employee of defendant hospital, he was not acting for the hospital in any way connected

with the death which is the subject of complaint in this action and it would not be in order to examine him under rule 121-a of the Rules of Civil Practice. If plaintiff wishes to examine the doctor, the examination should be sought of him as a witness upon specified necessary and material items. Order unanimously affirmed, without costs, and without prejudice to further proceedings in accordance with the above. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.